# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ANGEL TWITTY, CARMELITA TWITTY, and ANGEL TWITTY individually and on behalf of minor child, AYLA TWITTY, ) ) ) ) ) | |
| Plaintiffs, ) | No. |
| vs. ) ) | |
| THE UNITED STATES POSTAL SERVICE, and THE UNITED STATES of AMERICA, d/b/a THE UNITED STATES POSTAL SERVICE, and DOMINIQUE HUNTER, individually, ) ) ) ) ) ) | JURY DEMANDED |
| Defendants. ) | |

# COMPLAINT

COME NOW Plaintiffs, Angel Twitty, Carmelita Twitty and Ayla Twitty, by and through their attorneys, and for their cause of action state:

I.

Angel Twitty, Carmelita Twitty, and Ayla Twitty (hereinafter "Plaintiffs"), are residents of Chattanooga, Hamilton County, Tennessee.

II.

Defendants, The United States Government and The United States Postal Service, are governmental entities subject to the Federal Tort Claims Act and subject to the jurisdiction of this Court (28 U.S.C. §3346(b)). Defendant, Dominique Hunter, was an employee of The United

States Postal Service at all times relevant to the events underlying the instant suit, and can be served with process at her residence at 5787 Taggart Drive, Hixson, Tennessee, 37343.

III.

This Honorable Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1346(b).

IV.

This claim arises from injuries and damages sustained by Plaintiffs as a result of a motor vehicle collision that took place on or about May 28, 2020, on Bailey Avenue in Hamilton County, Tennessee. This collision was caused by the negligent actions of Dominique Hunter in the operation of the vehicle she was driving. At all times immediately prior to, and during the collision, Dominique Hunter was an employee of the United States Postal Service, and was acting within the course and scope of her employment with the United States Postal Service.

Ms. Hunter negligently attempted to negotiate a right-hand turn from South Hickory Street onto Bailey Avenue. Ms. Hunter failed to yield the right of way and turned directly into the path of the Plaintiff's car, injuring Plaintiffs and damaging the 2007 Jeep Compass she was driving.

Plaintiffs bring this Complaint pursuant to 28 USC 2401, et seq..

V.

Acts of negligence committed by Defendant Dominique Hunter and imputed to Defendants, The United States Postal Service and The United States of America, include, but are not limited to, the following:

–2–

1. Failing to keep a proper lookout ahead;

2. Failing to operate the vehicle as an ordinary and prudent person would have done under existing traffic conditions;

3. Failing to keep the vehicle under due and proper control;

4. Driving the vehicle at an excessive rate of speed for existing traffic conditions;

5. Driving while distracted, i.e., eating, reading, talking, etc.;

6. Failure to yield right of way as required by *Tennessee Code Annotated* §55-8-197;

These common law acts of negligence, and the statutory violation of *Tennessee Code Annotated* § 55-8-197, proximately caused the collision described in Paragraph IV above.

VI.

Defendant Dominique Hunter operated the 1991 GMC S10 at all relevant times prior to and during the above-described collision as an employee of the United States Postal Service and within the course and scope of her employment and her authority as an agent and employee of the United States Postal Service and the United States of America, who are responsible for the acts of Dominique Hunter under theories of agency, *respondeat superior,* and vicarious responsibility.

VII.

Additionally, and/or in the alternative, Defendant Dominique Hunter operated the 1991 GMC S10 prior to, and at the time of, the collision for her own private purpose under the Vehicle Registration Law pursuant to certain statutes of the State of Tennessee, to wit:

**T.C.A. Section 55-10-311. Prima facie evidence of ownership of automobile and use in owner's business.**

--3--

**T.C.A. Section 55-10-312. Registration prima facie evidence of ownership and that operation was for owner's benefit.**

VIII.

Plaintiffs aver that as a direct and proximate result of these acts of negligence, on the part of Defendants, that they were caused to suffer the following injuries and incur the following damages:

1. Painful bodily injuries caused by the defendant's negligence;

2. Pain and suffering;

3. Medical and hospital expenses;

4. Loss of enjoyment of life; and

5. Property Damage to Angel Twitty's 2007 Jeep Compass of approximately $5,500.00.

Plaintiffs aver that these injuries and damages were incurred as a direct and proximate result of the negligence of Defendants, as described above.

IX.

Plaintiffs reserve the right to amend this lawsuit to include the medical expenses incurred on their behalf which were reasonable and necessary and caused by the injuries sustained in this wreck pursuant to the provisions of *Tennessee Code Annotated* §24-5-113.

X.

Plaintiffs sue Defendants in an amount that the jury deems just and appropriate, but no more than **Seventy-Five Thousand and 00/100 ($75,000.00) Dollars** as to **Plaintiff Angel Twitty, Seventy-Five Thousand and 00/100 ($75,000.00) Dollars** as to **Plaintiff Carmelita**

–4–

Twitty and **Twenty-Five Thousand and 00/100 ($25,000.00) Dollars** as to **Plaintiff Angel Twitty on behalf of minor child, Ayla Twitty.**

**WHEREFORE**, Plaintiffs demand a judgment against Defendants in an amount that the jury deems just and appropriate, but no more than **Seventy-five Thousand and 00/100 ($75,000.00) Dollars** as to **Plaintiff Angel Twitty**, **Seventy-five Thousand and 00/100 ($75,000.00) Dollars** as to **Plaintiff Carmelita Twitty** and **Twenty-five Thousand and 00/100 ($25,000.00) Dollars** as to **Plaintiff Angel Twitty on Behalf of Minor Child, Ayla Twitty.**

Plaintiffs demand a jury to try the issues, when joined.

Respectfully submitted,

McMAHAN LAW FIRM


By: \_\_/s/ W.Joseph Hollis, Jr.
    TN BPR #011534
    Attorneys for Plaintiffs
    P.O. Box 11107
    Chattanooga, TN 37401
    423/265-1100
    Fax: 423/756-8120

–5–